IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02260-AP

LELA M. METZLER,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:

    Bruce C. Bernstein
    1828 Clarkson St., #100
    Denver, CO 80218
    303.830.2300
    303.830.2380 (fax)
    bcblaw@qwestoffice.net

    For Defendant:

    Sandra T. Krider
    Special Assistant United States Attorney
    Assistant Regional Counsel
    Office of the General Counsel
    Social Security Administration
    1961 Stout Street, Suite 1001-A
    Denver, CO 80294
    303.844.0015
    303.844.0770 (fax)
    sandra.krider@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal.  The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      **A.     Date Complaint Was Filed:** September 22, 2009

      **B.     Date Complaint was Served on U.S. Attorney's Office**: October 1, 2009

      **C.     Date Answer and Administrative Record Were Filed:** The answer was filed on November 30, 2009, and the administrative record was filed on December 1, 2009

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Upon, preliminary review, it appears the Administrative Record is complete and accurate

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff's attorney did not represent Plaintiff at the administrative hearing, and thus needs to review the record before having a firm position as to whether additional evidence may be available or helpful.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff's attorney did not represent Plaintiff at the administrative hearing.  However, from brief review of the record, this case does not appear to raise anything out of the ordinary.

**7.     OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

      **A.     Plaintiff's Opening Brief**: February 4, 2010

      Plaintiff's counsel requests a due date outside the tradition 40 days due to work load and because he will be out of the office for several days leading up to February 1, 2010.  Defendant's counsel does not oppose this request.

      **B.     Response Brief due:** March 8, 2010

      **C.     Reply Brief due:** March 23, 2010

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      **A.     Plaintiff's Statement:** Plaintiff's attorney did not represent Plaintiff at the administrative hearing, and thus is unable to make a determination as to whether oral argument will be helpful.  This matter will be addressed in Plaintiff's opening brief.

       **B.**     **Defendant's Statement:**  The Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

       **A.**     **( )**   **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

       **B.**     **(X)**   **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

      DATED this 17th day of December, 2009

                            BY THE COURT:

                            *s/John L. Kane*
                            U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED: | DAVID M. GAOUETTE<br>United States Attorney |
| /s Bruce C. Bernstein<br>Bruce C. Bernstein<br>1828 Clarkson St., #100<br>Denver, CO 80218<br>303.830.2300<br>303.830.2380 (fax)<br>bcblaw@qwestoffice.net | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov |
| Attorney for Plaintiff | /s Sandra T. Krider<br>Sandra T. Krider<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001-A<br>Denver, CO 80294<br>303.844.0015<br>303.844.0770 (fax)<br>sandra.krider@ssa.gov |
| | Attorneys for Defendant |